ACCEPTED
04-14-00674-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/13/2015 10:08:46 AM
KEITH HOTTLE
CLERK

NO. 04-14-00674-CV

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/13/2015 10:08:46 AM
KEITH E. HOTTLE
Clerk

JOHN MICHAEL DONOHUE,

*Appellant,*

v.

DANIEL BUTTS, SHERIFF; J.J. MARTINEZ, DEPUTY; DEPUTY JOHN DOE #1;
DEPUTY JOHN DOE #2; AND DEPUTY JOHN DOE #3,

*Appellees.*

ON APPEAL FROM THE 198TH DISTRICT COURT,
BANDERA COUNTY, TEXAS
HONORABLE M. REX EMERSON, PRESIDING
CAUSE NO. CV-14-0000180

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellees respectfully present this unopposed motion to extend the time in which to file their Appellees' Brief pursuant to Texas Rule of Appellate Procedure 38.6. In support of this motion, Appellees would show the Court as follows:

1.      Appellees' Brief on the Merits is due on February 16, 2015. Appellees request an extension of time of thirty (30) days, to March 18, 2015, to file their brief.

2.      Appellant initially filed his brief in this matter on December 15, 2014. On January 20, 2015, Appellant filed and amended brief and, on January 26, 2015, Appellant also filed a letter brief. Based on these filings, the Court, pursuant to the Rules of Appellate Procedure, determined that the due date for Appellees' brief was on February 16, 2015. However, based on the fact that Appellant filed his letter brief, Appellees have not been allowed a full thirty-day period to prepare their brief.

3.      Additionally, Appellees rely on the following facts as a reasonable explanation for the requested extension of time. Appellees' counsel, in addition to preparing a brief on the merits in this case, must also devote time to the following additional matters:

      a.      preparation of Court-ordered witness list and production of relevant documents on January 20, 2015 in Case No. SA-14-CV-00908-FB(JWP), pending in the United States District Court for the Western District of Texas, San Antonio Division;

b.    preparation for and attendance at January 21, 2015, hearing on Application for Temporary Injunction in Cause No. 12-0921, pending before the 428th Judicial District;

c.    preparation and filing of dispositive motion for summary judgment, including 362 pages of exhibits, on January 22, 2015, in Cause No. 08-1170-A, pending before the 207th Judicial District;

d.    preparation of Court-ordered discovery, including document production, records authenticated by affidavit and medical records affidavit on January 26, 2015, in Case No. SA-14-CV-00908-FB(JWP), pending in the United States District Court for the Western District of Texas, San Antonio Division;

e.    preparation for and attendance at February 2, 2015, hearing in Cause No. 11-1270-CV, pending before the 25th Judicial District;

f.    preparation and filing of response to Motion to Dismiss on February 3, 2015, in Cause No. 14-08-00154-CVL, pending before the 218th Judicial District;

g.    preparation and filing of appellate brief on February 5, 2015, in Case No. 04-14-00651-CV, in the Fourth Court of Appeals of Texas;

h.    preparation of production objections and responses, including document production due on February 5, 2015, in Case No. SA-14-CA-00885-FB(JWP), pending in the United States District Court for the Western District of Texas, San Antonio Division;

i.    preparation for and attendance at February 10, 2015, hearing in Cause No. 12-0921, pending before the 428th Judicial District;

j.    preparation of Court-ordered witness list and production of relevant documents on February 13, 2015 in Cause No. SA-14-CA-00885-FB(JWP), pending in the United States District Court for the Western District of Texas, San Antonio Division;

k.　preparation of production objections and responses, including document production due on February 16, 2015, in Case No. SA-14-CA-00885-FB(JWP), pending in the United States District Court for the Western District of Texas, San Antonio Division;

l.　preparation of production objections and responses, including document production due on February 16, 2015, in Case No. SA-14-CA-00885-FB(JWP), pending in the United States District Court for the Western District of Texas, San Antonio Division;

m.　preparation of interrogatory objections and responses due on February 16, 2015, in Case No. SA-14-CA-00885-FB(JWP), pending in the United States District Court for the Western District of Texas, San Antonio Division;

n.　preparation of admission objections and responses due on February 16, 2015, in Case No. SA-14-CA-00885-FB(JWP), pending in the United States District Court for the Western District of Texas, San Antonio Division;

o.　preparation and filing of dispositive motion for summary judgment, on February 16, 2015, in Case No. 6:13-CV-00048-C, pending in the United States District Court for the Northern District of Texas, Lubbock Division; and

p.　preparation for and attendance at depositions on February 18, 2015 in Case No. 6:13-CV-00048, pending in the United States District Court for the Northern District of Texas, Lubbock Division.

3.　Based on the fact that Appellant is incarcerated, the undersigned was unable to confer with Appellant to determine if he was opposed to this request.

THEREFORE, Appellees pray that this Court grant this Motion for Extension of Time and allow Appellees until March 18, 2015, to file their Brief on the Merits.

Respectfully submitted,

**MCGINNIS LOCHRIDGE**
600 Congress Avenue, Suite 2100
Austin, Texas 78701
512.495.6000 (telephone)
512.505.6364 (telecopier)
mshaunessy@mcginnislaw.com
ejohnston@mcginnislaw.com


By: /s/ Eric A. Johnston
MICHAEL SHAUNESSY
State Bar No. 18134550
ERIC JOHNSTON
State Bar No. 24070009

*Attorneys for Appellees Daniel Butts, Sheriff, J.J. Martinez, Deputy, Deputy John Doe #1, Deputy John Doe #2, and Deputy John Doe #3*

## CERTIFICATE OF SERVICE

I hereby certify, by my signature below, that a true and correct copy of the above and foregoing has been forwarded, via certified mail, return receipt requested, to the following on the 13th day of February, 2015:

Mr. John Michael Donohue,
TDCJ # 1895073
Duncan Unit
1502 South 1st Street
Diboll, Texas 75941
***Pro Se Appellant***

/s/ Eric A. Johnston
Michael Shaunessy
Eric Johnston